**United States District Court**
**For the Northern District of California**

| | |
|---|---|
| WILL MOSES PALMER, III, | No. C 08-5422 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| G. R. SALAZAR; et al., | |
| Defendants. / | |

This action is dismissed because it was opened in error when plaintiff carelessly sent two copies of the same complaint in two different envelopes to the court. (The other case opened with the same complaint was Case No. C 08-5378 SI.)   No filing fee is due.  The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 16, 2009

_____
SUSAN ILLSTON
United States District Judge