**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III, | No. C 08-5422 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| G. R. SALAZAR; et al., | |
| Defendants. | |

This action is dismissed because the complaint duplicates that filed in an earlier action now pending.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 16, 2009

_____
SUSAN ILLSTON
United States District Judge